**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Mark Mehrens

Appellate case number:   01-15-00439-CV

Trial court case number: 2001-58150

Trial court:             257th District Court of Harris County

Relator's Emergency Motion for Stay is **GRANTED**.  The trial court's April 10, 2015 Order Denying Motion to Enter Judgment and Referring Parties to Resume Mediation is **STAYED**, pending resolution of the petition for writ of mandamus.

The Court **REQUESTS** a response from real party in interest to the petition for writ of mandamus.  The response, if any, is due by May 21, 2015.

It is so ORDERED.


Judge's signature: ___/s/_Rebeca Huddle_
                   X  Acting individually    ☐ Acting for the Court


Date:  May 14, 2015